*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, PARKER, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 11.

*For reversal*—None.

MATTALINA CASAVALO, APPELLANT, v. SALVATORE D'AURIA ET AL., RESPONDENTS.

Argued May 19, 1934—Decided September 27, 1934.

For the appellant, *Harold Simandl.*

For the respondents, *Coult, Satz & Tomlinson.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—The Chancellor, Parker, Lloyd, Case, Bodine, Donges, Dear, Wells, JJ.   8.

*For reversal*—Perskie, Kays, Hetfield, JJ.   3.